# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee v. Fingerle Lumber Co., a Michigan corporation | FILED: APRIL 02, 2008<br>08CV1886 RCC<br>JUDGE NORGLE<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

| | |
|---|---|
| **NAME** (Type or print) <br> Rebecca K. McMahon | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Rebecca K. McMahon | |
| **FIRM** <br> Central States Legal Department | |
| **STREET ADDRESS** <br> 9377 W. Higgins Road | |
| **CITY/STATE/ZIP** <br> Rosemont, IL 60018-4938 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 06290192 | **TELEPHONE NUMBER** <br> (847) 518-9800 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐