## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1886                    Assigned/Issued By: j. n.

Judge Name: norgle                        Designated Magistrate Judge: mason

---

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                        Receipt #: 2661213

Date Payment Rec'd: 4-2-08              Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
                                         [ ] Other
[ ] Writ _____            _____
         *(Type of Writ)*                _____
                                         *(Type of issuance)*

_1_ Original and _0_ copies on _4-2-08_ as to _defendant_____
                                *(Date)*

_____
_____