AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, trustee

V.

Fingerle Lumber Co., a Michigan corporation

CASE NUMBER: 08CV1886

ASSIGNED JUDGE: JUDGE NORGLE
MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Fingerle Lumber Co., a Michigan corporation
c/o John B. Fingerle, Registered Agent
617 S. Fifth Avenue
Ann Arbor, MI 48104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK



April 2, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/7/08 11:43AM |
| NAME OF SERVER (PRINT) JUDITH A. BELL | TITLE COURT OFFICER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 617 S. FIFTH ANN ARBOR, MI 48104
FINGERLE LUMBER CO. - ROBERT W. PIERNIK - VICE PRES

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 35.00 | TOTAL 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/08
           Date              Signature of Server (Judith A. Bell)

PO Box 1292 A2 48106-1292
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.