IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND AND HOWARD McDOUGALL, trustee | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08-CV-1886 JUDGE NORGLE |
| v. | ) ) | MAGISTRATE JUDGE MASON |
| FINGERLE LUMBER CO., a Michigan corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: All Counsel of Record
(See Attached Service List)

On **June 20, 2008 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Norgle** or any Judge sitting in his stead, in **Room 2341** or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendant's Motion for Leave to File Answer and Affirmative Defenses to Plaintiffs' Complaint.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | Fingerle Lumber Co. |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

### PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Motion, together with the documents herein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 16, 2008.

s/Daniel F. Gallagher

[X] Under penalties as provided by law pursuant to Ill. Rev. Stat., ch. 110, Sect. 1-109, I certify that the statements set forth herein are true and correct.

50752-DFG.
*Cause No: 08 CV 1886*
*Central States, et al v. Fingerle Lumber Co.*

## **SERVICE LIST**

Anthony E. Napoli
Albert M. Madden
Rebecca Kate McMahon
Timothy Craig Reuter
Central States Law Department
9377 W. Higgins Road
10th Floor
Rosemont, IL  60018
Tel. (847) 518-9800
Fax  (847) 518-9797
*Attorneys for Plaintiffs*

Steven J. Fishman
The Fishman Group
40950 Woodward Avenue
Suite 350
Bloomfield Hills, MI  48304
Tel. (248) 258-8700
Fax (248) 258-8745
*Attorneys for Defendant*