UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND AND HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br>v.<br><br>FINGERLE LUMBER CO., a Michigan corporation,<br><br>Defendant. | No.  08 CV 1886<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Mason |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**FINGERLE LUMBER CO.**

| SIGNATURE |
|---|
| s/David J. Flynn |
| **FIRM** |
| Querrey & Harrow, Ltd. |
| **STREET ADDRESS** |
| 175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP** |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204228 | 312/540-7000 |

| |
|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**     YES            NO  X |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?** YES  X         NO |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**     YES            NO  X |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>YES      NO  X |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL**                         **APPOINTED COUNSEL** |