**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND AND HOWARD McDOUGALL, trustee ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 08-CV-1886 JUDGE NORGLE |
| v. ) ) | MAGISTRATE JUDGE MASON |
| FINGERLE LUMBER CO., a Michigan corporation, ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF FILING

To:   All Counsel of Record
      (See Attached Service List)

   PLEASE TAKE NOTICE THAT on June 20, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint.

                Defendant, Fingerle Lumber Co.

          By:   s/Daniel F. Gallagher
                Daniel F. Gallagher
                Querrey & Harrow, Ltd.
                175 West Jackson Blvd., Suite 1600
                Chicago, IL  60604-2827
                (312) 540-7000
                I.D. #0905305

## PROOF OF SERVICE

   I, Daniel F. Gallagher, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 20, 2008.

[x]   Under penalties as provided by law pursuant
      to ILL. REV. STAT CHAP. 110, SEC. 1-109,
      I certify that the statements set forth herein
      are true and correct.
                                          s/Daniel F. Gallagher

50752-DFG.
*Cause No: 08 CV 1886*
*Central States, et al v. Fingerle Lumber Co.*

## **SERVICE LIST**

Anthony E. Napoli
Albert M. Madden
Rebecca Kate McMahon
Timothy Craig Reuter
Central States Law Department
9377 W. Higgins Road
10th Floor
Rosemont, IL  60018
Tel. (847) 518-9800
Fax  (847) 518-9797
***Attorneys for Plaintiffs***

Steven J. Fishman
Donald H. Scharg
The Fishman Group
40950 Woodward Avenue
Suite 350
Bloomfield Hills, MI  48304
Tel. (248) 258-8700
Fax (248) 258-8745
***Attorneys for Defendant***