## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1886 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Central States vs. Fingerle Lumber Co. | | |

**DOCKET ENTRY TEXT**

Applications to Appear Pro Hac Vice [17] and [18] are granted.

*Charles Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|